# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No 1:22-cr-00187                )
                                     )
<u>UNITED STATES OF AMERICA</u>       )
    *Plaintiff*         )
v.                                   )
                                     )
<u>SANDRA BACON            </u>,     )
    *Defendant*

## APPEARANCE OF COUNSEL

To the clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    <u>Sandra Bacon                                                                </u>.

.

DATED This 29th day of November 2023.

    <u>/s/ Katherine Hartigan</u>
    Hartigan Law, LLC
    1563 N. Gilpin Street
    Denver, CO 80218
    720-445-5984
    khm@hartiganlawllc.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of November 2023, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

Craig Fansler, Craig.Fansler2@usdoj.gov

<u>/s/ Katherine Hartigan</u>
Hartigan Law, LLC
1563 N. Gilpin Street
Denver, CO 80218
720-445-5984
khm@hartiganlawllc.com