IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cr-00472-DDD-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. CHRISHEENA SHANTE MCGEE,
2. SANDRA PIERCE BACON,

        Defendants.
_____

## JOINT STATUS REPORT
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Peter McNeilly, and Defendant Sandra Bacon, by and through counsel, and hereby submits this joint status report as to the current state of this matter.

1. On December 11, 2025, the Court entered an Order resetting the following dates:

    a. *James* hearing and competency if needed – March 5, 2026;

    b. Trial Preparation Conference – May 12, 2026;

    c. Trial – June 1, 2026;

The Court further directed the Parties to submit a proposed schedule for briefing on Defendant Bacon's competency motion and any supplemental briefing on the *James* issues.

2. Consistent with that Order, the Parties have conferred and submit the following dates for the Court's consideration:

    a. United States Response to Defendant Bacon's Competency Motion is due February 13, 2026; with Defendant's Reply due February 20, 2026;

    b. Defendant's Supplemental *James* briefing is due February 13, 2026; Response by the United States is due February 20, 2026; Defendant's Reply is due February 27, 2026;

    c. Expert witness designation is due March 20, 2026; rebuttal expert witness designation is due April 17, 2026;

    d. Witness and Exhibit lists are due no later than April 28, 2026;

    e. Trial briefs and motions in limine are due May 5, 2026; with Responses due May 12, 2026;

    f. The Trial Preparation Conference will be reset to May 19, 2026;

    g. Trial to begin on June 1, 2026.

DATED this 17th day of December 2025.

                              PETER MCNEILLY
                              United States Attorney

                 By:    s/ *Kurt J. Bohn*
                         Kurt J. Bohn
                         Assistant United States Attorney
                         United States Attorney's Office
                         1801 California Street, Ste. 1600
                         Denver, CO 80202
                         (303) 454-0100
                         kurt.bohn@usdoj.gov
                         *Attorney for the United States*

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the defendant.

                                           s/ *Kurt J. Bohn*
                                           Kurt J. Bohn
                                           Assistant United States Attorney